## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **08-52060-CMC** |
| | § | |
| **SINGH, DAVID K** | § | Chapter 7 |
| **SINGH, BETH A.** | § | |
| | § | Judge: **Caldwell** |
| Debtor(s). | § | |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $8.09 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| FFCC<br>1550 Old Henderson Rd., Columbus OH 43220-3626 | 04 | 1.82 |
| Neurological Association<br>931 Chatham Ln., Columbus, OH 43221 | 06 | 1.14 |
| Mt. Carmel<br>6150 E. Broad Street, Columbus, OH 43213-1574 | 13 | 1.27 |
| Lincare<br>PO Box 8888, Toledo OH 43623 | 16 | 1.12 |
| eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns, POB 35480, Newark NJ 07193-5480 | 18 | 2.74 |

Dated:   11/24/09

*/s/ Frederick M. Luper*
Frederick M. Luper, Case Trustee
0019289

cc:   U.S. Trustee
        Creditor